# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1161
_____

MICHAEL THOMAS SR.,

Appellant,

v.

ORIANNA THOMAS,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Frederick L. Koberlein, Jr., Judge.


May 8, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Thomas Sr., pro se, Appellant.

Orianna Thomas, pro se, Appellee.